# U.S. District Court
## Northern District of Texas (Fort Worth)
### CRIMINAL DOCKET FOR CASE #: 4:17−mj−00124−BJ−1

| | |
|---|---|
| Case title: USA v. Anderson | Date Filed: 02/08/2017 |
| Other court case number: 7:11CR00225−005 Western District of Texas/Midland | |

Assigned to: Magistrate Judge Jeffrey L. Cureton

**Defendant (1)**

| | | |
|---|---|---|
| **Justin Anderson** | represented by | **Taylor Wills Edwards Brown−FPD**<br>Federal Public Defender<br>Northern District of Texas<br>PO Box 17743<br>Fort Worth, TX 76102<br>817−978−2753<br>Fax: 817−978−2757<br>Email: Taylor_W_Brown@fd.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Federal Public Defender Appointment*<br>*Bar Status: Admitted/In Good Standing* |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| 18:3583 Violation of Supervised Release | |

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Shawn Smith–DOJ**<br>US Attorney's Office<br>801 Cherry St<br>Burnett Plaza Suite 1700 Unit #4<br>Fort Worth, TX 76102–6882<br>817/252–5200<br>Fax: 817–252–5455<br>Email: shawn.smith2@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Assistant US Attorney*<br>*Bar Status: Admitted/In Good Standing* |

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 02/08/2017 | | 3 | Arrest (Rule 32) of Justin Anderson. Case Number 7:11CR00225−005 Petition and Warrant from Western District of Texas/Midland. (jah) (Entered: 02/09/2017) |
| 02/08/2017 | 1 | 4 | ELECTRONIC Minute Entry for proceedings held before Magistrate Judge Jeffrey L. Cureton: Initial Appearance re rule 32.1 Revocation of Supervised Release as to Justin Anderson held on 2/8/2017. Deft arrested 2/8/17 on arrest warrant executing the arrest of a supervised release violator from the Western District of Texas, Midland Division; Deft executed financial affidavit; O/appointing FPD entered; Deft waives Rule 32.1 hearing as to identity and preliminary hearing; O/commitment to charging district entered; Deft remanded to custody and ordered removed to originating district. Attorney Appearances: AUSA – Shawn Smith; Defense – T.W. Brown. (Court Reporter: Digital File) (No exhibits) Time in Court – :02. (jah) (Entered: 02/09/2017) |
| 02/08/2017 | [2](#) | 6 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Justin Anderson. (Ordered by Magistrate Judge Jeffrey L. Cureton on 2/8/2017) (jah) (Entered: 02/09/2017) |
| 02/08/2017 | [3](#) | 7 | WAIVER of Rule 32.1 Hearings by Justin Anderson re: identity (jah) (Entered: 02/09/2017) |
| 02/08/2017 | [4](#) | 8 | Report of Proceedings under Rule 32.1 and Order Entered Thereon as to Justin Anderson. Defendant is removed forthwith to the district in which he is charged. Paperwork sent to Western District of Texas/Midland. (Ordered by Magistrate Judge Jeffrey L. Cureton on 2/8/2017) (jah) (Entered: 02/09/2017) |

```
MIME-Version:1.0
From:ecf_txnd@txnd.uscourts.gov
To:Courtmail@localhost.localdomain
Bcc:
--Case Participants: Shawn Smith-DOJ (caseview.ecf@usdoj.gov, colleen.plowman@usdoj.gov,
cynthia.hood@usdoj.gov, deborah.burson@usdoj.gov, liuva.ruiz@usdoj.gov,
michelle.thom@usdoj.gov, shawn.smith2@usdoj.gov, usatxn.ecfcriminal@usdoj.gov), Magistrate
Judge Jeffrey L. Cureton (kristi_verna@txnd.uscourts.gov,
margarita_koye@txnd.uscourts.gov)
--Non Case Participants: Probation Office (txnp_edocs-pro@txnp.uscourts.gov), U.S.
Marshals Office (usms-txn-courtdocket@usdoj.gov)
--No Notice Sent:

Message-Id:9794262@txnd.uscourts.gov
Subject:Activity in Case 4:17-mj-00124-BJ USA v. Anderson Arrest – Rule 5/32/40
Content–Type: text/html
```

**If you need to know whether you must send the presiding judge a paper copy of a document that you have docketed in this case, click here: Judges' Copy Requirements. Unless exempted, attorneys who are not admitted to practice in the Northern District of Texas must seek admission promptly. Forms and Instructions found at www.txnd.uscourts.gov. If admission requirements are not satisfied within 21 days, the clerk will notify the presiding judge.**

### U.S. District Court

### Northern District of Texas

## Notice of Electronic Filing

The following transaction was entered on 2/9/2017 at 4:24 PM CST and filed on 2/8/2017

| | |
|---|---|
| **Case Name:** | USA v. Anderson |
| **Case Number:** | 4:17–mj–00124–BJ |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**Arrest (Rule 32) of Justin Anderson. Case Number 7:11CR00225–005 Petition and Warrant from Western District of Texas/Midland. (jah)**

**4:17–mj–00124–BJ–1 Notice has been electronically mailed to:**

Shawn Smith–DOJ   shawn.smith2@usdoj.gov, CaseView.ECF@usdoj.gov, Cynthia.Hood@usdoj.gov, Liuva.Ruiz@usdoj.gov, Michelle.Thom@usdoj.gov, colleen.plowman@usdoj.gov, deborah.burson@usdoj.gov, usatxn.ecfcriminal@usdoj.gov

**4:17–mj–00124–BJ–1 The CM/ECF system has NOT delivered notice electronically to the names listed below. The clerk's office will serve notice of court Orders and Judgments by mail as required by the federal rules. An attorney/pro se litigant is cautioned to carefully follow the federal rules (see FedRCivP 5) with regard to service of any document the attorney/pro se litigant has filed with the court. The clerk's office will not serve paper documents on behalf of an attorney/pro se litigant.**

```
MIME-Version:1.0
From:ecf_txnd@txnd.uscourts.gov
To:Courtmail@localhost.localdomain
Bcc:
--Case Participants: Shawn Smith-DOJ (caseview.ecf@usdoj.gov, colleen.plowman@usdoj.gov,
cynthia.hood@usdoj.gov, deborah.burson@usdoj.gov, liuva.ruiz@usdoj.gov,
michelle.thom@usdoj.gov, shawn.smith2@usdoj.gov, usatxn.ecfcriminal@usdoj.gov), Taylor
Wills Edwards Brown-FPD (belinda_sandoval@fd.org, norma_field@fd.org,
patricia_tovar@fd.org, taylor_w_brown@fd.org), Magistrate Judge Jeffrey L. Cureton
(kristi_verna@txnd.uscourts.gov, margarita_koye@txnd.uscourts.gov)
--Non Case Participants: Probation Office (txnp_edocs-pro@txnp.uscourts.gov)
--No Notice Sent:

Message-Id:9794276@txnd.uscourts.gov
Subject:Activity in Case 4:17-mj-00124-BJ USA v. Anderson Initial Appearance - Revocation
Proceedings
Content-Type: text/html
```

**If you need to know whether you must send the presiding judge a paper copy of a document that you have docketed in this case, click here: Judges' Copy Requirements. Unless exempted, attorneys who are not admitted to practice in the Northern District of Texas must seek admission promptly. Forms and Instructions found at www.txnd.uscourts.gov. If admission requirements are not satisfied within 21 days, the clerk will notify the presiding judge.**

**U.S. District Court**

**Northern District of Texas**

### Notice of Electronic Filing

The following transaction was entered on 2/9/2017 at 4:27 PM CST and filed on 2/8/2017

| | |
|---|---|
| **Case Name:** | USA v. Anderson |
| **Case Number:** | 4:17-mj-00124-BJ |
| **Filer:** | |
| **Document Number:** | 1(No document attached) |

**Docket Text:**
**ELECTRONIC Minute Entry for proceedings held before Magistrate Judge Jeffrey L. Cureton: Initial Appearance re rule 32.1 Revocation of Supervised Release as to Justin Anderson held on 2/8/2017. Deft arrested 2/8/17 on arrest warrant executing the arrest of a supervised release violator from the Western District of Texas, Midland Division; Deft executed financial affidavit; O/appointing FPD entered; Deft waives Rule 32.1 hearing as to identity and preliminary hearing; O/commitment to charging district entered; Deft remanded to custody and ordered removed to originating district. Attorney Appearances: AUSA – Shawn Smith; Defense – T.W. Brown. (Court Reporter: Digital File) (No exhibits) Time in Court – :02. (jah)**


**4:17-mj-00124-BJ-1 Notice has been electronically mailed to:**

Shawn Smith-DOJ    shawn.smith2@usdoj.gov, CaseView.ECF@usdoj.gov, Cynthia.Hood@usdoj.gov, Liuva.Ruiz@usdoj.gov, Michelle.Thom@usdoj.gov, colleen.plowman@usdoj.gov, deborah.burson@usdoj.gov, usatxn.ecfcriminal@usdoj.gov

Taylor Wills Edwards Brown–FPD    Taylor_W_Brown@fd.org, belinda_sandoval@fd.org, norma_field@fd.org, patricia_tovar@fd.org

**4:17−mj−00124−BJ−1 The CM/ECF system has NOT delivered notice electronically to the names listed below. The clerk's office will serve notice of court Orders and Judgments by mail as required by the federal rules. An attorney/pro se litigant is cautioned to carefully follow the federal rules (see FedRCivP 5) with regard to service of any document the attorney/pro se litigant has filed with the court. The clerk's office will not serve paper documents on behalf of an attorney/pro se litigant.**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | NO. 4:17-MJ-124 |
| | § | |
| JUSTIN LANE ANDERSON | § | |

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
FEB - 8 2017
CLERK, U.S. DISTRICT COURT
By _____
Deputy

ORDER APPOINTING FEDERAL PUBLIC DEFENDER

The above-named defendant has testified under oath, or has otherwise satisfied this court that such defendant (1) is financially unable to employ counsel, (2) wants to be represented by counsel, and (3) has not waived representation by counsel; accordingly,

It is ordered that the Federal Public Defender's Office for this District be and hereby is appointed pursuant to Section 3006A of Title 18, United States Code to represent the defendant named above.

It is further ordered that the Federal Public Defender's Office be given immediate access to the above-named Defendant.

Signed: February 8, 2017

_____
JEFFREY L. CURETON
UNITED STATES MAGISTRATE JUDGE

6

Case 4:17-mj-00124-BJ Document 3 Filed 02/08/17 Page 1 of 1 PageID 2
Case 4:17-mj-00124-BJ Document 5 Filed 02/09/17 Page 7 of 8 PageID 10
AO 466 (Rev. 10/05) Waiver of Rule 32.1 Hearings

# UNITED STATES DISTRICT COURT

__NORTHERN__ DISTRICT OF __TEXAS, FORT WORTH DIVISION__

UNITED STATES OF AMERICA

V.

__JUSTIN LANE ANDERSON__

Defendant

**WAIVER OF RULE 32.1 HEARINGS**

(Probation/Supervised Release Violation)

CASE NUMBER: 4:17-MJ-124

CHARGING DISTRICTS
CASE NUMBER: 7:11CR00225-005

I understand that charges are pending in the __Western__ District of __Texas/Midland__ alleging violation of __Supervised Release__ (Probation / Supervised Release) and that I have been arrested in this district and taken before a judge, who has informed me of the charge(s) and my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) a preliminary hearing (but only if I will be kept in custody, and the hearing will be held in the district if the alleged violation occurred here) to determine whether there is probable cause to believe a violation occurred; and

(4) a hearing under Rule 32.1(a)(6), Fed. R. Crim. P., in which I have the burden of establishing my eligibility for release from custody.

**I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):**

( ✓ ) identity hearing

( ✓ ) preliminary hearing

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
FEB - 8 2017
CLERK, U.S. DISTRICT COURT
By_____
Deputy

_____
Defendant

_____
Defense Counsel

February 8, 2017
Date

7

AO 94 (Rev. 12/03) Commitment to Another District
Case 4:17-mj-00124-BJ Document 4 Filed 02/08/17 Page 1 of 1 PageID 3
Case 4:17-mj-00124-BJ Document 5 Filed 02/09/17 Page 8 of 8 PageID 11

# UNITED STATES DISTRICT COURT

Northern  District of  Texas at Fort Worth

| UNITED STATES OF AMERICA V. | COMMITMENT TO ANOTHER DISTRICT |
|---|---|
| JUSTIN ANDERSON | |

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| | 7:11CR00225-005 | 4:17-MJ-124 | |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Other (specify)  ■ Petition

charging a  18  U.S.C.  3583

**DISTRICT OF OFFENSE**
WESTERN DISTRICT OF TEXAS/MIDLAND

**DESCRIPTION OF CHARGES:**

Violation of Supervised Release

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
FEB - 8 2017
CLERK, U.S. DISTRICT COURT
By _____
Deputy

**CURRENT BOND STATUS:**

☐ Bail fixed at _____ and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
☐ Government moved for detention and defendant detained pending detention hearing in District of Offense
   Other (specify)

**Representation:**  ☐ Retained Own Counsel  ☑ Federal Defender Organization  ☐ CJA  ☐ None

**Interpreter Required?**  ☑ No  ☐ Yes  Language: _____

**DISTRICT OF**

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

February 8, 2017            _____
Date                         Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT |
|---|---|---|
| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |